UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiffs,<br><br>   v.<br><br>Ronald Steven Schoenfeld et al.,<br><br>                Defendant & Judgment Debtors. | Nos. 2:21-mc-00076-KJM-DB<br>2:21-mc- 00077-KJM-DB<br>2:21-mc-00078-KJM-DB<br>2:21-mc-00080-KJM-DB<br>2:21-mc-00082-KJM-DB<br>2:21-mc-00083-KJM-DB<br>2:21-mc-00095-KJM-DB<br>2:21-mc- 00096- KJM-DB<br><br><u>ORDER</u> |

The Government filed applications for writ of garnishment of the wages of defendant. *See generally* ECF No. 1. The pending applications are REFERRED to the assigned magistrate judge for proceedings under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(7).

All dates currently set before the undersigned are hereby VACATED.

IT IS SO ORDERED.

DATED: June 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE