IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INSTRUCTIONS** |
| Plaintiff, | |
| v. | Case No. 2:21-MC-00096-KJM-DB |
| RONALD STEVEN SCHOENFELD, INDIVIDUALLY AND AS TRUSTEE FOR THE RONALD & JEANETTE SCHOENFELD REVOCABLE TRUST, | |
| Defendant and Judgment Debtor, and | Chief District Judge:  Hon. Kimberly J. Mueller |
| JEANETTE EDLER, | |
| Interested Party and Intervenor. | |
| WELLS FARGO CLEARING SERVICES, LLC, | |
| Garnishee. | |

Garnishee Wells Fargo Clearing Services, LLC, is instructed that the address to remit the funds subject to the writ of garnishment granted by the order entered on December 7, 2022, is **501 I Street, Suite 4-200, Sacramento, California 95814**, and made payable to "**Clerk of the Court**".

DATED:  January 23, 2023.

_____

CHIEF UNITED STATES DISTRICT JUDGE